# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOWARD NEFF

VERSUS

KANSAS CITY SOUTHERN, JOHNNY
LACKING, AND BRANDON JONES

NO. 2022 CW 0361

**JULY 18, 2022**

---

In Re:   Kansas City Southern Railway Company, Brandun Jones
and Johnny Lacking, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 704362.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~ₗ*

---
DEPUTY CLERK OF COURT
FOR THE COURT